**Order entered January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01084-CV

### DALLAS COUNTY HOSPITAL DISTRICT, Appellant

### V.

### LAURA CONSTANTINO, Appellee

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-02236-I**

## ORDER

Before the Court is appellee's unopposed motion to file a sur-reply brief. We **GRANT** the motion. We **ORDER** appellee's sur-reply brief received January 8, 2014 filed as of the date of this order.

/s/    JIM MOSELEY
PRESIDING JUSTICE